Attorney(s): Schlanger Law Group, LLP
Index #: 7:22-cv-05263-PMH
Purchased/Filed: June 23, 2022
State of: New York
Court: U. S. District
County/District: Southern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Maria Gil

Plaintiff(s)

against

Ally Financial Inc., et al

Defendant(s)

STATE OF NEW YORK ) 
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:** Approx. Age: 60 yrs

Weight: 120 lbs  Height: 5' 1"  Sex: Female  Color of skin: White

Hair color: Brown  Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **July 21, 2022**, at **12:28 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**Summons in A Civil Action & Complaint**

on

**Ally Financial Inc.**

the Defendant in this action, by delivering to and leaving with **Nancy Dougherty** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306.**

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

21st day of July 2022

_____
YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2022

_____
Robert Guyette

Invoice•Work Order # 2225189
Attorney File # **Gil**