**Attorney(s) :** Schlanger Law Group, LLP
**Index # :** 7:22-cv-05263-PMH
**Purchased/Filed :** June 23, 2022
**State of :** New York
**Court :** U. S. District
**County/District :** Southern Dist.

## AFFIDAVIT OF SERVICE -  SECRETARY OF STATE

Maria Gil

Plaintiff(s)

against

Ally Financial Inc., et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY )SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**         Approx. Age: __60 yrs__

Weight: __120 lbs__  Height: __5' 1"__  Sex: __Female__  Color of skin: __White__

Hair color: __Brown__  Other: _____

_____**Robert Guyette**_____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on _____**July 21, 2022**_____ , at __12:28 PM__ , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons in A Civil Action & Complaint**

on

**Hersheys Auto, Inc.**

,

the Defendant in this action, by delivering to and leaving with _____**Nancy Dougherty**_____ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____$40_____ dollars; That said service was made pursuant to Section  **BUSINESS CORPORATION LAW §306.**

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

21st  day of   July 2022

YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires  November 3, 2022

Robert Guyette

**Invoice·Work Order #** 2222846
Attorney File #  **Gil**