# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MARIA GIL,

                                 Plaintiff,                    **SCHEDULING ORDER**

    -against-                                      22 Civ. 5263 (KMK)(JCM)

ALLY FINANCIAL, INC., *et al.*,

                                  Defendants.

-------------------------------------------------------------------X

The Court has scheduled a Status Conference for February 22, 2023 at 11:30 a.m. before

Magistrate Judge Judith C. McCarthy in Courtroom 421.

Dated:  December 13, 2022
        White Plains, New York

                                    **SO ORDERED:**

                                      JUDITH C. McCARTHY
                                      United States Magistrate Judge