**UNITED STATES DISTRICK COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
**MARIA GIL,**

                                  Case No. 7:22-cv-05263-KMK

            **Plaintiff,**

   - against -                         **CORPORATE DISCLOSURE**
                                       **STATEMENT**

**ALLY FINANCIAL INC., WELLS FARGO**
**BANK, N.A., TOP SPEED MOTORS LLC,**
**L.J. MARCHESE CHEVROLET, INC.,**
**and HERSHEYS AUTO, INC.,**

                        **Defendants.**
----------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendants TOP SPEED MOTORS LLC, L.J MARCHESE CHEVROLET, INC., and HERSHEY'S AUTO, INC., hereby certifies that none of those Defendants have a corporate parent, and that no publicly held corporation holds 10% or more of the stock in any of them.

Dated: New York, New York
         January 13, 2023

                                            Yours, etc.
                                            NICHOLAS GOODMAN & ASSOCIATES, PLLC

                               BY: _____
                                            H. Nicholas Goodman
                                            *Attorneys for Defendants*
                                            TOP SPEED MOTORS LLC, L.J. MARCHESE
                                            CHEVROLET, INC. and HERSHEYS AUTO, INC.
                                            333 Park Avenue South, Suite 3A
                                            New York, New York 10010
                                            (212) 227-9003
                                            ngoodman@ngoodmanlaw.com