**REED SMITH LLP**
*Formed in the State of Delaware*
David G. Murphy, Esq.
Diane A Bettino, Esq.
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Tel. (212) 521-5400
Fax (212) 521-5450
dmurphy@reedsmith.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN OF NEW YORK**

| | |
|---|---|
| GLENN C. ELFE,<br><br>Plaintiff,<br><br>vs.<br><br>26 MOTORS CORP., JOHN DOE #1 a/k/a "KYLE", JOHN DOE #2 a/k/a "CHINO", JOHN DOE #3 a/k/a MANAGER, WELLS FARGO BANK, N.A., L.J. MARCHESE CHEVROLET, INC., and MICHELLE BAILEY,<br><br>Defendants. | Civil Action No. 1:22-cv-09385<br><br>*Document Electronically Filed*<br><br>**DEFENDANT WELLS FARGO BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, on behalf of Wells Fargo Bank, N.A. (incorrectly named as Wells Fargo & Company), the undersigned counsel of record hereby certifies that: (1) Wells Fargo Bank, N.A.'s parent corporation is WFC Holdings, LLC and WFC Holdings, LLC is a privately held corporation that owns 10% or more of Wells Fargo Bank, N.A.'s stock; (2) WFC Holdings, LLC's parent corporation is Wells Fargo & Company, and Wells Fargo & Company is a publicly held corporation that is the Managing Member of WFC Holdings,

- 2 -

LLC; and (3) Wells Fargo & Company has no parent corporation, and no publicly held corporation owns 10% or more of Wells Fargo & Company's stock.

Dated: February 14, 2023      **REED SMITH LLP**

<div style="margin-left:auto;">

*/s/ David G. Murphy*
David G. Murphy, Esq.
Diane A Bettino, Esq.
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Tel. (212) 521-5400
Fax (212) 521-5450
*dmurphy@reedsmith.com*
*Counsel for Defendant*
*Wells Fargo Bank, N.A.*

</div>