UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARIA GIL,

                                  Plaintiff,        Civil Action No. 7:22-cv-05263 (KMK)

        - against -

ALLY FINANCIAL INC., WELLS FARGO BANK,    NOTICE OF APPEARANCE
N.A., TOP SPEED MOTORS LLC, L.J. MARCHESE
CHEVROLET, INC. and HERSHEYS AUTO, INC.,

                             Defendants.
------------------------------------------------------------------------X

## APPEARANCE OF COUNSEL

To:    The Clerk of the Court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for all Defendants, ALLY FINANCIAL INC., WELLS FARGO BANK, N.A., TOP SPEED MOTORS LLC, L.J. MARCHESE CHEVROLET, INC., and HERSHEYS AUTO, INC.

Dated:  New York, New York
          February 15, 2023

                                        Yours, etc.
                                        NICHOLAS GOODMAN & ASSOCIATES, PLLC

                            BY: _____
                                        H. Nicholas Goodman
                                        *Attorney for Defendants*
                                        ALLY FINANCIAL INC.,
                                        WELLS FARGO BANK, N.A.,
                                        TOP SPEED MOTORS LLC,
                                        L.J. MARCHESE CHEVROLET, INC.,
                                        and HERSHEY AUTO, INC.
                                        333 Park Avenue South, Suite 3A
                                        New York, New York 10010
                                        (212) 227-9003
                                        ngoodman@ngoodmanlaw.com