**SCHLANGER LAW GROUP LLP**

February 21, 2023

**VIA ECF**

Hon. Judith C. McCarthy
U.S. District Court - S.D.N.Y.
300 Quarropas St.
White Plains, NY 10601-4150

      Re:      *Gil v. Ally Financial, Inc. et al* (7:22-cv-05263-KMK-JCM)

Your Honor:

    I write on behalf of all parties to request that tomorrow's status conference be adjourned or, in the alternative, converted to a phone/video conference.

### I.    Status Update:

    All Defendants have now answered.   The parties' mediation is scheduled for March 2, 2023. Plaintiff and Defendants have produced Initial Disclosures and served discovery demands.  The parties have agreed to exchange their initial document productions by February 28, 2023, *i.e.* prior to the mediation, and to provide responses and objections to outstanding requests, as well as outstanding interrogatory responses by March 17, 2023.
    The parties' intent is to move to depositions promptly after the mediation in the event mediation does not result in resolution.

### II.    Joint Request:

    In light of the case status described above, the parties respectfully submit that tomorrow's status conference is unnecessary.  The parties propose that the conference be held on March 21, 22, 23, or 24 or 27.
    However, in the event that the Court declines the request to adjourn the status conference, the parties jointly request to convert tomorrow's conference to a zoom or telephone conference.  The reason for this request is that Plaintiff's counsel is not available for an in-person conference. Specifically, each of the lawyers in the undersigned's office admitted to this Court are out of the office tomorrow on pre-planned travel.  An additional attorney in my office who is familiar with this matter is located in Alabama and awaiting certificates of good standing before filing his *pro hac vice* appearance in this matter.  I apologize sincerely to the Court for my failure to identify these scheduling/logistical conflicts sooner.  In addition, counsel for all Defendants have indicated that they are also unavailable for an in-person conference tomorrow.  The parties sincerely apologize to the Court for the timing of this request

                                              Respectfully,

                                              */s/Daniel A. Schlanger*

                                              Daniel A. Schlanger

cc: all counsel of record

**New York:**
80 Broad Street, Suite 1301
New York, NY 10004

**New Jersey:**
333 Fairview Avenue
Westwood, NJ 07675

**T.** 212.500.6114
**F.** 646.612.7996
**E.** dschlanger@consumerprotection.net

*Please use our New Jersey address for all hard copy correspondence.*