UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA GIL,<br><br>   *Plaintiff,*<br><br>v.<br><br>ALLY FINANCIAL INC., WELLS FARGO BANK, N.A., TOP SPEED MOTORS LLC, L.J. MARCHESE CHEVROLET, INC., and HERSHEYS AUTO, INC,<br><br>   *Defendants.* | Civil Action No.: 7:22-cv-05263-KMK<br><br>**MOTION FOR ADMISSION**<br><br>**PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Henry Cooper Ellenberg, II, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Maria Gil, the Plaintiff, in the above-captioned action.

  I am in good standing of the bar(s) of the state(s) of Alabama and Mississippi and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  March 1, 2023

              */s/ H. Cooper Ellenberg*
              H. Cooper Ellenberg
              80 Broad Street
              Suite 1301
              New York, NY 10004
              T:  212-500-6114
              F:  646-612-7996
              E: hellenberg@consumerprotection.net

              *Counsel for Plaintiff*