UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA GIL,<br><br>          *Plaintiff,*<br><br>v.<br><br>ALLY FINANCIAL INC., WELLS FARGO BANK, N.A., TOP SPEED MOTORS LLC, L.J. MARCHESE CHEVROLET, INC., and HERSHEYS AUTO, INC,<br><br>          *Defendants.* | Civil Action No.: 7:22-cv-05263-KMK<br><br>**AFFIDAVIT IN SUPPORT OF**<br><br>**MOTION TO ADMIT COUNSEL**<br><br>**PRO HAC VICE** |

1. I am an attorney with the Schlanger Law Group, LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the states of Alabama and Mississippi.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Attorney registration numbers: Alabama – ASB-8752-R79E; Mississippi – 104721

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 7:22-cv-05263-KMK for the Plaintiff, Maria Gil.

Dated: February 28, 2023

**NOTARIZED**

*[signature]*

My Commission Expires 01/07/2026

Henry Cooper Ellenberg, II
80 Broad Street
Suite 1301
New York, NY 10004
T: 212-500-6114
F: 646-612-7996
E: hellenberg@consumerprotection.net

*Counsel for Plaintiff*