# The Supreme Court of Alabama



## Certificate Of Admission

I, Megan B. Rhodebeck, Clerk of the Supreme Court of Alabama, do hereby certify that __Henry Cooper Ellenberg II__ was duly and legally admitted to practice law by the Supreme Court of Alabama on __September 23, 2010__ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on __February 10, 2023__ with the seal of the Supreme Court of Alabama attached.



Megan B. Rhodebeck

Megan B. Rhodebeck
Clerk of the Supreme Court of Alabama

# The Supreme Court of Mississippi



## Certificate of Good Standing

I, D. Jeremy Whitmire, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Henry Cooper Ellenberg, II** was duly and legally admitted to practice law before the Supreme Court of Mississippi on May 20, 2014, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on February 21, 2023, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

*[signature]*

CLERK