UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA GIL,<br><br>                *Plaintiff,*<br><br>v.<br><br>ALLY FINANCIAL INC., WELLS FARGO BANK, N.A., TOP SPEED MOTORS LLC, L.J. MARCHESE CHEVROLET, INC., and HERSHEYS AUTO, INC,<br><br>                *Defendants.* | Civil Action No.: 7:22-cv-05263-KMK<br><br>**ORDER FOR ADMISSION**<br><br>**PRO HAC VICE** |

The motion of Henry Cooper Ellenberg, II, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Alabama and Mississippi; and that his/her contact information is as follows:

Henry Cooper Ellenberg, II
Schlanger Law Group, LLP
80 Broad Street
Suite 1301
New York, New York 10004
Telephone:  212-500-6114
Fax:  646-612-7996

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Maria Gil, the Plaintiff, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  3-14-2023

*Judith C. McCarthy*
United States Magistrate Judge