**SCHLANGER LAW GROUP LLP**

May 15, 2023

**VIA ECF**

Hon. Judith C. McCarthy
U.S. District Court - S.D.N.Y.
300 Quarropas St.
White Plains, NY 10601-4150

      Re:      *Gil v. Ally Financial, Inc. et al* (7:22-cv-05263-KMK-JCM)

Your Honor:

      I write on behalf of all parties and in response to the Court's instruction in its March 22, 2023 Minute Entry to provide a joint status update by letter on or before May 15, 2023.

      Since the time of the Court's direction, the Plaintiff, through counsel, filed a letter motion to stay the case on March 29, 2023. ECF No. 58. Defendants responded on April 5, 2023 (ECF No. 60) and Plaintiff replied on April 10, 2023. ECF No. 62. On April 11, 2023, the Court issued an order staying the case for 60 days and indicating that no extensions will be granted. ECF No. 63.

      Plaintiff's attorneys have not had any contact with or from the Plaintiff since prior to the March 22, 2023 Minute Entry instruction.

                                    Respectfully,

                                    *s/H. Cooper Ellenberg*

                                    H. Cooper Ellenberg

cc: all counsel of record

**New York:**
80 Broad Street, Suite 1301
New York, NY 10004

**New Jersey:**
333 Fairview Avenue
Westwood, NJ 07675

**T.** 212.500.6114
**F.** 646.612.7996
**E.** hellenberg@consumerprotection.net

*Please use our New Jersey address for all hard copy correspondence.*