**SCHLANGER LAW GROUP LLP**

June 12, 2023

**VIA ECF**

Hon. Judith C. McCarthy
U.S. District Court - S.D.N.Y.
300 Quarropas St.
White Plains, NY 10601-4150

      **Re:**    *Gil v. Ally Financial, Inc. et al* (7:22-cv-05263-KMK-JCM)

Your Honor:

    I write on behalf of all parties and in response to the Court's instruction in its May 17, 2023 Order (ECF No. 65), directing the parties to submit a Joint Status Report at the end of the sixty (60) day stay previously entered on April 11, 2023. ECF No. 63.

    I have been able to contact the Plaintiff in Colombia, and, after conferring with counsel for the Defendants, expect that the Plaintiff will file a voluntary stipulation of dismissal with prejudice signed by all parties pursuant to FRCP 41(a)(1)(A)(ii) by the end of the week on June 16, 2023.

                              Respectfully,

                              *s/H. Cooper Ellenberg*

                              H. Cooper Ellenberg

cc: all counsel of record

**New York:**
80 Broad Street, Suite 3103
New York, NY 10004

**New Jersey:**
333 Fairview Avenue
Westwood, NJ 07675

**T.** 212.500.6114
**F.** 646.612.7996
**E.** hellenberg@consumerprotection.net

*Please use our New Jersey address for all hard copy correspondence.*