UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA GIL,<br><br>            *Plaintiff,*<br><br>v.<br><br>ALLY FINANCIAL INC., WELLS FARGO BANK, N.A., TOP SPEED MOTORS LLC, L.J. MARCHESE CHEVROLET, INC., and HERSHEYS AUTO, INC,<br><br>            *Defendants.* | Civil Action No.: 7:22-cv-05263-KMK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, with the consent of all Defendants, voluntarily dismisses this action with prejudice and without costs as against all Defendants. The parties shall bear their own costs and fees, including attorneys' fees.

Dated: June 16, 2023

| | |
|---|---|
| Nicholas Goodman & Associates, PLLC<br><br>*/s/ H. Nicholas Goodman*<br>H. Nicholas Goodman<br>333 Park Avenue South<br>Suite 3A<br>New York, NY 10010<br>T: 212-227-9003<br>E: ngoodman@ngoodmanlaw.com<br><br>*Counsel for All Defendants* | Schlanger Law Group LLP<br><br>*s/ H. Cooper Ellenberg*<br>H. Cooper Ellenberg<br>80 Broad Street<br>Suite 3103<br>New York, NY 10004<br>T: 212-500-6114<br>F: 646-612-7996<br>E: hellenberg@consumerprotection.net<br><br>*Counsel for Plaintiff* |

**SO ORDERED.**

_____
Hon. Kenneth M. Karas, U.S.D.J.